## UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

09 AUG 31 AM 9:46

| | |
|---|---|
| UNITED STATES OF AMERICA<br>vs.<br>Francisco E. RAMIREZ | Magistrate's Case No. **09 MJ2576**<br><br>COMPLAINT FOR VIOLATION OF<br>21 U.S.C. 952 and 960<br><br>Unlawful Importation of a Controlled Substance |

The undersigned complainant being duly sworn states:

### COUNT ONE

That on or about August 29, 2009, within the Southern District of California, defendant Francisco E. RAMIREZ knowingly and intentionally attempted to import approximately 17.45 kilograms (38.39 pounds) of methamphetamine, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Signature of Complainant
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence, this 31st day of Aug, 2009.

United States Magistrate Judge

Page 1

United States of America
       VS.
Francisco E. RAMIREZ

PROBABLE CAUSE STATEMENT

I, Special Agent Gabrielle Nasworthy, declare under penalty perjury, the following is true and correct:

On August 29, 2009 at approximately 0250 hours, Francisco E. RAMIREZ attempted to enter the United States from Mexico through the San Ysidro Port of Entry, Sentri Lane, San Diego, California. RAMIREZ was the driver and sole occupant of a 2004 Nissan 350Z bearing U.S. California license plate #6BUA053. Customs and Border Protection Officer (CBPO) Smithson's NHDD alerted to a narcotic odor in the vehicle. At that time CBPO Sanchez handcuffed RAMIREZ and CBPO Rodrigue asked him what was in the car, RAMIREZ looked down and said nothing. CBPO Rodrigue asked him a second time, and RAMIREZ stated that they told him it was marijuana. Post Miranda RAMIREZ stated that he was going to be paid $800 for the successful delivery of narcotics into the United States.

The vehicle and subject were referred into vehicle secondary for further inspection. A total of 7 packages containing approximately 17.45 kilograms of methamphetamine were found concealed within the vehicle. A presumptive test of one of the packages revealed a positive reaction to the presence of methamphetamine. RAMIREZ admitted post-Miranda that he knew he had drugs in the vehicle.

RAMIREZ was arrested and charged with violation of Title 21 USC 952, 960, Unlawful Importation of a Controlled Substance, and was booked into the Metropolitan Correction Center, San Diego, CA.

Executed on 29AUG09, 2009 at 0727

_____
SPECIAL AGENT NASWORTHY

On the basis of the facts presented in this probable cause statement consisting of 3 pages, I find probable cause to believe the that the defendant named in this probable cause statement committed the offense on August 29, 2009 in violation of Title 21 USC 952 and 960 Unlawful Importation of a Controlled Substance.

_____          _____
United States Magistrate Judge                              Date/Time